## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Tracey Cromwell–Jones

                        Plaintiff,

v.                                                  Case No.: 1:19–cv–00279
                                                  Honorable Ronald A. Guzman

Lexia Learning Systems, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 15, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: In light of the settlement conference set for 6/13/19 (Doc. #[18]), the status hearing set for 5/14/19 before the magistrate judge is hereby stricken. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.